# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **25-MJ-114** |
| **IRVING ALANIS** | |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 2:58:13 |
| Hearing Held: July 2, 2025 at 3:00 P.M. | Hearing Ended: 3:02:00 |

**Appearances:**
UNITED STATES OF AMERICA by: Kevin C. Knight
Irving Alanis, in person, and by: Chris Donovan
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None  ☐ Sworn

☐ CJA  ☐ FDS  ☑ RET

- ☐ Defendant consents to proceed via video
- ☑ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)
- ☐ Court orders federal detainer
- ☐ Detention Hearing continued to: Date/Time
- ☐ Defendant is released on: ☐ O/R bond  ☐ Unsecured bond in the amount of Amount
  ☐ Bond Secured by: ☐ Cash  ☐ Property  ☐ Cash/Property
  ☐ *See* Order Setting Conditions of Release

GOVT would be seeking detention.

DEFENSE COUNSEL is not contesting detention at this time.

**PRELIMINARY HEARING/ARRAIGNMENT & PLEA set for July 8, 2025 at 2:30 P.M.**