UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                               Case No. 25-MJ-00114-WED

IRVING ALANIS,

        Defendant.

## JOINT MOTION TO CONTINUE AND WAIVER OF PRELIMINARY HEARING

The United States of America, by and through its undersigned attorney, and the defendant Irving Alanis, by and through his undersigned attorneys, hereby move to continue the arraignment in this matter, currently set for July 8, 2025, to July 23 or July 24, 2025. The defendant also waives his right to a preliminary hearing.

In support of this request, the parties aver:

1. Defendant was arrested, pursuant to a complaint, on June 25, 2025. ECF 2.

2. That day defendant appeared before this Court and was detained on a three-day hold requested by the government. ECF 3.

3. At his detention hearing on July 2, 2025, defendant agreed to not contest detention at that time. ECF 8. The Court also set a preliminary hearing and anticipated arraignment for July 8, 2025. *Id.*

4. The defendant, understanding that he has been charged with an offense in a criminal complaint filed in this court, and that he therefore has a right to a preliminary hearing under Fed. R. Crim. P. 5.1, agrees to waive his right to the same.

1

5. Because defendant has agreed to waive his preliminary hearing, the parties jointly request that the Court reschedule the arraignment on defendant's anticipated indictment, from its current date of July 8, 2025, to some time on either July 23 or July 24, 2025.

Respectfully submitted this 7th day of July 2025.

                                    RICHARD G. FROHLING
                                    Acting United States Attorney

By:                  *s/ Kevin Knight*
                                    KEVIN C. KNIGHT
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Eastern District of Wisconsin
                                    517 East Wisconsin Avenue, Room 530
                                    Milwaukee, Wisconsin 53202
                                    Telephone: (414) 297-1700


                                    IRVING ALANIS
                                    Defendant

By:                  *s/ Anthony Cotton*
                                    ANTHONY D. COTTON
                                    Kuchler & Cotton SC
                                    1535 E Racine Ave
                                    PO Box 527
                                    Waukesha, WI 53187
                                    262-542-4218
                                    Fax: 262-542-1993
                                    Email: tony@kuchlercotton.com

                                    *s/ Christopher Donovan*
                                    CHRISTOPHER D. DONOVAN
                                    Pruhs & Donovan SC
                                    757 N Broadway - Ste 401
                                    Milwaukee, WI 53202
                                    414-221-1950
                                    Fax: 414-221-1959
                                    Email: donovanc34@hotmail.com